UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

                     Plaintiff,        Case No. 17-CR-0137 (PJS/BRT)

v.

                                       **ORDER**

ROSA MARGARITA MALDONADO,

                     Defendant.

---

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant's voluntary surrender date is extended from September 11, 2018 to September 18, 2018.

2. The defendant must surrender for service of her sentence at the institution designated by the Bureau of Prisons before 10:00 a.m. on Tuesday, September 18, 2018.


Dated: September 4, 2018                s/Patrick J. Schiltz
                                               Patrick J. Schiltz
                                               United States District Judge